UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:   1:15-cv-20455-KMM

RONALD JOSEPH TORRES ROMAN, *individually and on behalf of all others similarly situated,*

           Plaintiff,

v.

BURGER KING CORPORATION,

           Defendant.

## NOTICE OF ENTRY OF PARTIES

Plaintiff, RONALD JOSEPH TORRES ROMAN, individually and on behalf of all others similarly situated, by and through the undersigned counsel, hereby files this Notice of Entry of Parties for the following individuals as required by the Clerk:

1. Ricardo Martin
2. Daniel J. White
3. January Shook
4. Adam Zicha
5. Claudia K. Meijides
6. Michael Colvin
7. Anthony Craghead
8. Vincent Kelly
9. Kevin Dunkelberger
10. Tara Stephenson
11. Casey Joseph Botkin

12. Dana Brace

13. Michael E. Carmona

14. Garrie Mishelle Sprague

15. Brandon Rudkin

16. Eric Brennan

17. Makeya Adger

18. Palmer Ashe III

19. Steven T. Sowski

20. Joshua Parris

21. Rachael Furman

22. Ciara Sanders

23. Matthew A. Cook

24. Craig Donnelly

25. James Brantley Davis

26. Shanea Rufus

27. James Johnson

28. Anthony Atha

29. Ashunti Whitfield

30. Kenneth A. Thomas

31. Erica Hinds

32. Abigail Sweeney

33. Yorel Prosser

34. Kevin Bastedo

Dated this 17th day of March, 2015.

                          Respectfully submitted,

                          */s/ Mitchell L. Feldman*
                          Mitchell L. Feldman, Esq.
                          FL Bar No.: 0080349
                          FELDMAN LAW GROUP P.A.
                          1715 N. Westshore Boulevard
                          Suite 400
                          Tampa, Florida 33607
                          Tel: (813) 639-9366
                          Email: mfeldman@ffmlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed electronically on March 17, 2015. Notice of this filing will be sent by e-mail to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                          */s/ Mitchell L. Feldman*
                          Mitchell L. Feldman, Esq.
                          FL Bar No.: 0080349