UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20455-CIV-MOORE/MCALILEY

RONALD JOSEPH TORRES ROMAN,
*individually and on behalf of all others*
*similarly situated*

       Plaintiffs,

v.

BURGER KING CORPORATION,

       Defendant.
_____/

## ORDER GRANTING IN PART PLAINTIFF'S MOTION
## FOR ENLARGEMENT OF TIME

Plaintiff filed a Motion for Enlargement of Time to respond to Defendant's Second Set of Interrogatories, Second Requests for Production of Documents and Second Requests for Admission dated February 29, 2016, which the Honorable K. Michael Moore referred to me. [DE 5]. Defendant filed a Response. [DE 121]. Having reviewed the Motion, Response and relevant portions of the record, it is hereby **ORDERED** that Plaintiff's Motion [DE 120], is **GRANTED IN PART**.

The 55 Opt-In Plaintiffs to whom Defendant's second set of discovery is directed shall serve their responses on a rolling basis to be completed **no later than April 29, 2016**, except that those Opt-In Plaintiffs who will be deposed must serve their respective discovery responses at least five (5) business days before his/her scheduled deposition.

DONE and ORDERED in chambers at Miami, Florida, this 31st day of March, 2016.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:     The Honorable K. Michael Moore
        Counsel of record